# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Holland Applied Technologies Inc | 11/30/2022 | Wire | $ 13,665.25 |
| Akorn Operating Company, LLC | Holland Applied Technologies Inc | 12/9/2022 | Wire | $ 43,683.20 |
| Akorn Operating Company, LLC | Holland Applied Technologies Inc | 1/6/2023 | Wire | $ 32,026.16 |
| Akorn Operating Company, LLC | Holland Applied Technologies Inc | 1/13/2023 | Wire | $ 19,477.70 |
| Akorn Operating Company, LLC | Holland Applied Technologies Inc | 2/1/2023 | Wire | $ 3,045.60 |
| Akorn Operating Company, LLC | Holland Applied Technologies Inc | 2/8/2023 | Wire | $ 559.00 |
| Akorn Operating Company, LLC | Holland Applied Technologies Inc | 2/14/2023 | Wire | $ 4,027.63 |
| | | | | $ 116,484.54 |